# Supreme Court of Kentucky

2019-SC-0288

ANTWOIN WILLIAMS                                                    APPELLANT

ON APPEAL FROM JEFFERSON CIRCUIT COURT
V.            HONORABLE ANGELA MCCORMICK BISIG, JUDGE
NOS. 16-CR-001681; 16-CR-003365; AND 18-CR-002503

COMMONWEALTH OF KENTUCKY                                            APPELLEE

## ORDER DENYING PETITION FOR REHEARING

The Petition for Rehearing, filed by the Appellant, of the Memorandum

Opinion of the Court, rendered May 28, 2020, is DENIED.

All sitting.  All concur.

ENTERED: August 20, 2020.

_____
CHIEF JUSTICE